UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

SAM RAVIT,

                        Plaintiff,      ORDER OF DISMISSAL
                                      FOR FAILURE TO PROSECUTE

  -vs-                                     CV-04-3565  (NGG)

WORLD OF BEVERAGES, INC.,
et al.,

                     Defendants.

-----------------------------------------------------------

GARAUFIS, J.

It is hereby **ORDERED** that the captioned case is dismissed without prejudice, for failure to prosecute. No further proceedings have been commenced by any party since SEPTEMBER 15, 2004 and no explanation for the lack of proceedings has been filed and approved by the Court.

It is further **ORDERED** that the Clerk of the Court mail a copy of this order to all parties and mark the case closed.

                                                  SO ORDERED.

                                                  NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:   Brooklyn, N.Y.
             May 12, 2005

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 16 2005 ★
BROOKLYN OFFICE