UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
SAM RAVIT,

               Plaintiff,

  -against-

WORLD OF BEVERAGES, INC.,
et al.,

               Defendants.
---------------------------------------------------------------------X

JUDGMENT
04-CV- 3565 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 1 9 2005 ★
BROOKLYN OFFICE

     An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 16, 2005, dismissing the case without prejudice for failure to prosecute; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, New York
       May 18, 2005

                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court